FILED

2005 FEB -7 A 11: 56

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*, | : | CRIMINAL NO.<br>3:01CR213(AVC) |
| v. | : | |
| JASON RIVERA,<br>*Defendant*. | : | FEBRUARY 1, 2005 |

## DEFENDANT'S MOTION TO MODIFY SENTENCE

The defendant, JASON RIVERA, respectfully moves this Court to open and modify the sentence imposed on May 22, 2003.

In support of this Motion, defendant represents as follows:

1. On May 22, 2003, this Court (Covello, J.) sentenced the defendant to a term of imprisonment of 63 months, after departing downward horizonally in the defendant's criminal history category.

2. At the time of the sentencing, the defendant had been detained in this case since approximately October, 2002.

3. It was the contemplation of the parties and the Court that the defendant would receive credit for the time he had served prior to sentencing and that he sentence would begin to run from that date.

1

THE DEFENDANT, JASON RIVERA

BY _____
DIANE POLAN
Fed. Bar #ct00223
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: (203) 865-5000
HIS ATTORNEY

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, and via facsimile, this 1st day of February, 2005, to the following parties and counsel of record:

Michael Gustafson, Esquire
Office of the United States Attorney
United States District Court
157 Church Street
New Haven, CT 06510

Mr. Jason Rivera
Inmate #277184
F.C.I. Ray Brook
P.O. Box 300
Ray Brook, New York   12977

_____
DIANE POLAN

3