393



2005 FEB -7 A 11: 56

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,* | CRIMINAL NO.<br>3:01CR213(AVC) |
| v. | |
| JASON RIVERA,<br>*Defendant.* | FEBRUARY 1, 2005 |

### DEFENDANT'S MOTION TO MODIFY SENTENCE

The defendant, JASON RIVERA, respectfully moves this Court to open and modify the sentence imposed on May 22, 2003.

In support of this Motion, defendant represents as follows:

1. On May 22, 2003, this Court (Covello, J.) sentenced the defendant to a term of imprisonment of 63 months, after departing downward horizonally in the defendant's criminal history category.

2. At the time of the sentencing, the defendant had been detained in this case since approximately October, 2002.

3. It was the contemplation of the parties and the Court that the defendant would receive credit for the time he had served prior to sentencing and that he sentence would begin to run from that date.

1

(margin annotation, left side:) GRANTED. The court will hold a re-sentencing hearing on March 8, 2005 at 12:00 pm. SO ORDERED. February 9, 2005. Alfred V. Covello, U.S.D.J.

FILED 2005 FEB -9 P 3: [illegible] U.S. DISTRICT COURT HARTFORD, CT.