# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. JASON RIVERA

Docket No. 3:01CR00213(AVC)

## Petition For Modification of Conditions or Term of Supervised Release with the Consent of the Offender

**COMES NOW,** Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jason Rivera who was sentenced to 63 months' imprisonment and 4 years' supervised release for a violation of 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute Cocaine Base, by the Honorable Alfred V. Covello, Senior U.S. District Judge, sitting in the court in Hartford, Connecticut on May 22, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, as approved by the U.S. Probation Office; and 2) The defendant shall participate in an employment readiness or vocational training program as approved by the U.S. Probation Office. Jason Rivera began supervision on April 27, 2007.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On August 7, 2007, Mr. Rivera submitted to a drug screen which tested positive for PCP. Mr. Rivera admitted the drug use.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

- ☐ To extend the term of probation/supervised release for years, for a total term of years.
- ☒ To modify the conditions of supervision as follows:

"The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse treatment, either inpatient or outpatient, which will include testing. The defendant shall pay all or a portion of the cost of treatment, based on his ability to pay, in an amount to be determined by the probation office."

A signed Waiver of Hearing to Modify Conditions is attached.
The attorney for the defendant has been notified and concurs with the modification.

### ORDER OF COURT

Considered and ordered this 26TH day of SEPT., 2007 and ordered filed and made a part of the records in the above case

T_____ Alfred V. Covello
Senior United States District Judge

Respectfully Submitted,

_Sandra L. Hunt_
Sandra L. Hunt
Senior United States Probation Officer

Place: New Haven, Connecticut

Date: August 27, 2007

JPM

PROB 49
(3/89)

# United States District Court

### District of Connecticut

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    **The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse treatment, either inpatient or outpatient, which will include testing. The defendant shall pay all or a portion of the cost of treatment, based on his ability to pay, in an amount determined by the probation office.**

Witness: _/s/ Sandra L. Hunt_
Sandra L. Hunt
Senior U.S. Probation Officer

Signed: _/s/ Jason Rivera_
Jason Rivera
Supervised Releasee

Date: 9/21/07