UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*, | : | CRIMINAL NO.<br>3:01CR213(AVC) |
| | : | |
| v. | : | |
| | : | |
| JASON RIVERA,<br>*Defendant*. | : | FEBRUARY 25, 2008 |

### DEFENDANT'S MOTION FOR RE-APPOINTMENT OF COUNSEL PURSUANT TO CRIMINAL JUSTICE ACT

Undersigned counsel for the defendant, JASON RIVERA, hereby moves this Court to re-appoint her as counsel for the defendant, *nunc pro tunc* to January 29, 2008.

In support of this Motion, undersigned counsel represents as follows:

1.  She was previously appointed to represent Mr. Rivera pursuant to the Criminal Justice Act.

2.  On or about January 25, 2008, the United States Probation Office filed a Report of Violation of Supervised Release.

3.  On or about January 29, 2008, this Court entered an order that the defendant appear in this court on March 5, 2008 to respond to a probation violation petition filed by the U.S. Probation Office.

1

4. Counsel was notified by the probation officer, Sandra Hunt, of the pendency of this matter in late January, 2008.

5. It is in the interests of justice that the court re-appoint counsel to represent the defendant pursuant to the Criminal Justice Act.

6. A CJA 23 Financial Affidavit will be filed with the court.

THE DEFENDANT, JASON RIVERA

BY _____
DIANE POLAN
Law Offices of Diane Polan, LLC
129 Church Street, Suite 802
New Haven, CT 06510
Telephone: (203) 865-5000
Facsimile: (203) 865-2177
E-mail: diane.polan@snet.net
Fed. Bar No. ct00223

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, and via facsimile, this 26th day of February, 2008, to the following parties and counsel of record:

Michael Gustafson, Esquire
Office of the United States Attorney
United States District Court
157 Church Street
23rd Floor
New Haven, CT 06510

Mr. Jason Rivera
Inmate #277184
New Haven Correctional Center
245 Whalley Avenue
New Haven, CT 06530

_____
DIANE POLAN