PROB 19
(Rev. 1/82)

# United States District Court

for

## DISTRICT OF CONNECTICUT

U.S.A. vs  JASON RIVERA

Docket No.  0205-3:01CR00213-014

TO:[1]   **any United States Marshal**

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT JASON RIVERA | | SEX MALE | RACE WHITE | AGE 26 |
|---|---|---|---|---|
| ADDRESS (STREET, CITY, STATE) State of Connecticut, Department of Correction, New Haven Correctional Center | | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) The Honorable Alfred V. Covello, Senior U.S. District Judge | | DATE IMPOSED 05/22/2003 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) The Honorable Alfred V. Covello, Senior U.S. District Judge, Hartford, Connecticut | | | | |

| CLERK Roberta D. Tabora | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | *[signature]* | 6/9/08 |

### RETURN

| **Warrant received and executed** | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |
| | | |

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk U.S. District Court

By *[signature]*
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** JASON RIVERA

Docket No. 3:01CR00213(AVC)

### AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jason Rivera who was sentenced to 63 months' imprisonment for a violation of 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute Cocaine Base, by the Honorable Alfred V. Covello, Senior U.S. District Judge, sitting in the court at Hartford, Connecticut on May 22, 2003, who fixed the period of supervision at 4 years which commenced on April 27, 2007, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, as approved by the U.S. Probation Office; and 2) The defendant shall participate in an employment readiness or vocational training program as approved by the U.S. Probation Office. A special condition requiring the defendant to participate in a program approved by the U.S. Probation Office for substance abuse treatment, either inpatient or outpatient and including testing, was added on September 26, 2007. Supervised release is projected to expire on April 26, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Mandatory Condition**: "The defendant shall not commit another federal, state or local offense. The defendant shall not illegally possess a controlled substance."

**Charge No. 2 - Standard Condition**: "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."

On December 6, 2007, at approximately 10:40 p.m., Meriden Police arrested Mr. Rivera for Possession of PCP, Operation of a Motor Vehicle While Under Suspension, Misuse of Motor Vehicle Plates, and Operation of a Motor Vehicle Without Insurance. Mr. Rivera was arrested after he was observed on Pleasant Street as the operator of a red Dodge Intrepid bearing a Connecticut license plate that was actually registered to a white Jeep Cherokee. Although he claimed ownership of the car, police determined Mr. Rivera had no valid Connecticut driver's license or insurance for the vehicle. Additionally, a search of the car was conducted and a small glassine bag containing a dark, grainy powder, identified as PCP, was recovered by police. The U.S. Probation Office was notified of this arrest via FBI flash notice on December 10, 2007. Mr. Rivera made no attempt to report the arrest until he was finally reached by phone and confronted with the information by the probation officer on December 19, 2007. Mr. Rivera appeared in Meriden Superior Court on January 31, 2008, and pled guilty to Possession of a Controlled Substance and was fined $100.

### - SEE PAGE TWO FOR ADDITIONAL CHARGES -

**PRAYING THAT THE COURT WILL ORDER** a warrant to be lodged as a detainer and the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this ___9TH___
day of ___JUNE___, 2008 and ordered filed and made
a part of the records in the above case.

/s/ Alfred V. Covello, USDJ

The Honorable Alfred V. Covello
Senior United States District Judge

Sworn to By

_Sandra L. Hunt_
Sandra L. Hunt
Senior United States Probation Officer

Place ___HARTFORD___

Date ___JUNE 9 2008___

Before me, the Honorable Alfred V. Covello, Senior United States District Judge, on this 9TH day of JUNE 2008 at Hartford, Connecticut, Senior U.S. Probation Officer Sandra L. Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_Alfred V. Covello_
The Honorable Alfred V. Covello
Senior United States District Judge

**RE: RIVERA, Jason**
Dkt. No. 3:01CR00213(AVC)
Page 2

Charges No. 1 and 2 cont.

Mr. Rivera was issued a summons on February 1, 2008, to appear before the Court for a supervised release violation hearing on March 5, 2008.

On February 11, 2008, Mr. Rivera was again arrested by the Meriden Police Department as part of an ongoing narcotics investigation of the defendant and two other males (subject's brother, Matthew Rivera, and Jose Delvillar). Mr. Rivera was charge with Conspiracy to Commit Sale of Drugs, Conspiracy to Commit Sale of Drugs within 1500' of School, and Illegal Operation of a Motor Vehicle Under Suspension. The charge was the result of a controlled purchased of crack cocaine which was observed by police at 525 Crown Street in Meriden at approximately 2:45 p.m. on February 11, 2008. Police utilized audio and visual surveillance to monitor a call to "Jay," the defendant, from a cooperating witness and then the subsequent drug transaction. At the time of the arrest, police seized two cell phones, cash (including Meriden Police funds) and baggies of crack cocaine weighing 4.6 grams and .8 grams. Mr. Rivera was also charged in a second case with Possession of Narcotics, Sale of Illegal Drugs, Sale of Controlled Substance Within 1500' of School, and Conspiracy to Commit Sale of Drugs. The second arrest was based on a controlled purchase of crack cocaine made from Mr. Rivera at 4:20 p.m. on December 6, 2007.

**Charge No. 3 - Mandatory Condition**:    "The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance."

**Standard Condition**:    "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician."

Mr. Rivera has tested positive for Phencyclidine (PCP) on December 28, 2007 and January 9, 2008. He previously tested positive for PCP on August 7, 2007.

**Charge No. 4 - Standard Condition**:    "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

**Special Condition**:    "The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse treatment, either inpatient or outpatient, which will include testing."

Mr. Rivera was directed to report for a drug treatment assessment at The Connection Counseling Center in Meriden on November 21, 2007. He failed to attend. Mr. Rivera was directed to report for a drug treatment assessment on January 14, 2008, and again failed to attend the treatment appointment. Additionally, Mr. Rivera was directed to report to the Probation Office but failed to do so on December 4, 2007, December 11, 2007, December 18, 2007, December 20, 2007, January 3, 2008, and January 15, 2008.