**CRIMINAL NO. 3:01CR213(AVC)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, NEW HAVEN CORRECTIONAL CENTER, 245 WHALLEY AVENUE, NEW HAVEN, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **JASON RIVERA,** (DOB: 10/11/1981; Inmate #277184) is now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **JASON RIVERA** before the United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on Tuesday, July 15, 2008 at 10:00 A.M., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **JASON RIVERA** for violation of Title 21, United States Code, Section 846 (Conspiracy to Possess with Intent to Distribute Cocaine Base), and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said **JASON RIVERA** to the New Haven Correctional Center, 245 Whalley Avenue, New Haven, Connecticut, under safe and secure conduct.

|  |  |
|---|---|
|  | ROBERTA D. TABORA |
| The foregoing Writ is | CLERK, U. S. DISTRICT COURT |
| hereby allowed.  Dated |  |
| at Hartford, |  |
| Connecticut, this _____ | _____ |
| day of July, 2008. | DEPUTY CLERK |

_____
HON. ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:01CR213(AVC) |
| JASON RIVERA | : | JULY 7, 2008 |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Michael J. Gustafson, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Tuesday, July 15, 2008, at 10:00 A.M., there will come before this Court, at 450 Main Street, Hartford, Connecticut, the criminal case of United States of America v. Jason Rivera., Criminal No. 3:01CR213(AVC).

2. That the above-named defendant, **JASON RIVERA**, (DOB: 10/11/1981, Inmate #277184) charged with violation of Title 21, United States Code, Sections 846, (Conspiracy to Possess with Intent to Distribute Cocaine Base).

3. That the said **JASON RIVERA** is now confined at the New Haven Correctional Center, 245 Whalley Avenue, New Haven, Connecticut.

That the said defendant should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, New Haven Correctional Center, 245 Whalley Avenue, New Haven, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said **JASON RIVERA** at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY


MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT 06103
TEL. (860) 947-1101
FEDERAL BAR NO. ct01503

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : ss: Hartford, Connecticut |
| | :     July 7, 2008 |
| COUNTY OF HARTFORD | : |

    Personally appeared before me Michael J. Gustafson, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____
Bernadette Ellis
Notary Public
My Commission expires 3/31/09