HONORABLE **AVC**
DEPUTY CLERK R. Alexander   RPTR/ERO/TAPE W. Allen
USPO Sandy Hart   INTERPRETER V. Saltzman
TOTAL TIME: ___ hours 15 minutes   Mike Sheehan
DATE 7/15/08   START TIME 10:00   END TIME 10:15

CR. No. 3:01CR213   DEFT # 14

UNITED STATES OF AMERICA   Michael Gustafson AUSA

vs.

Jason Rivera

Diane Polan
Counsel for Defendant: CJA (C), Ret (R), FDA (P)
Appointed

## PROBATION/SUPERVISED RELEASE VIOLATION HEARING
☑ SUPERVISED RELEASE  ☐ PROBATION  (check one)

- ☐ Deft arrested on _____
- ☐ Deft failed to appear, Bench warrant to issue
- ☐ Violation Hrg continued until _____ at _____
- ☐ Deft admits violation
- ☑ Order appointing Federal Public Defender's Office filed
- ☑ Court finds deft ☑ has ☐ has not violated terms of ☐ probation ☑ supervised release
- ☑ Probation/(Supervised Release) ☑ revoked ☐ continued ☐ modified
- ☐ **19** months imprisonment on Count(s) _____
- ☐ Upon release the defendant shall be on supervised release for a term of _____ years/months
- ☐ ☐ Supervised release ☐ probation continued for a period of _____ years/months on count(s)
- ☐ Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
- ☑ Court recommends incarceration at **Location closer to CT such as Ft. Dix**
- ☐ Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (Halfway House)
- ☐ Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
- ☐ Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
- ☐ Bond ☐ continued ☐ set at $_____ ☐ Non-surety ☐ Surety ☐ PR
- ☐ Violation sentencing set for _____
- ☑ Deft detained **with Federal Marshalls**
- ☐ ☆ **Recommends Fort Devens/Fort Dix**

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE