# UNITED STATES DISTRICT COURT

District of      CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JASON RIVERA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Supervised Release)<br><br>Case Number:    3:01CR00213(AVC)<br>USM Number:    14408-014<br><br>Diane Polan<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)    Charges 1-4    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Charge #1 | New Criminal Conduct | 2/11/08 |
| Charge #2 | Failure to Notify U.S. Probation Office of New Arrest | 12/6/07 |
| Charge #3 | Use of a Controlled Substance | 1/9/08 |
| Charge #4 | Failure to Follow Instructions and Failure to Participate in Treatment | 1/14/08 |

    The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    5136

Defendant's Date of Birth:    1981

Defendant's Residence Address:

139 Camp Street

3rd Floor

Meriden, Connecticut 06450-3221

Defendant's Mailing Address:

139 Camp Street

3rd Floor

Meriden, Connecticut 06450-3221

July 15, 2008
Date of Imposition of Judgment

/s/ Alfred V. Covello, USDJ
Signature of Judge

The Honorable Alfred V. Covello, Senior U.S. District Judge
Name and Title of Judge

July 22 2008
Date

DEFENDANT:       RIVERA, JASON
CASE NUMBER:   3:01CR00213(AVC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :     NINETEEN (19) MONTHS

■ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to FCI Fort Dix, New Jersey, FMC Devens, Massachusetts or the facility closest to Connecticut to facilitate family visitation.

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL